UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERICKSON JINAUT,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. DYAL, P.O.
BRANDON LIPES, P.O. JEFFREY ZJAWIN and
P.O. PAUL VENTRE,

                                  Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

08 CV 2358 (ARR)(JO)

------------------------------------------------------------X

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about June 12, 2008 alleging that defendants violated his federal civil and state common law rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff the total sum of FORTY THOUSAND DOLLARS ($40,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees.

3. In consideration for the payment of the foregoing sums, plaintiff agrees to the dismissal of all the claims against the defendants, and to release defendants City of New York, Brandon Lipes, Paul Venter, Jeffrey Zjawin and Deevan Dyal and any present or former employees or agents of the City of New York, the New York City Police Department and the City of New York, and their successors or assigns, from any and all liability, and any and all claims which were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

4. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, releases based on the terms of paragraph "2" above and Affidavits of No Liens.

5. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This Stipulation and Order shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
March 18, 2009

By: /s/ Gary N. Rawlins, Esq.
~~310 Livingston Street~~
~~Brooklyn, New York~~ 11217
rawlinsfirm@gmail.com
(718) 855-3005

80 BROAD STREET, 5TH FLOOR
NEW YORK, NEW YORK 10004

By: Steve Stavridis, Esq.
Assistant Corporation Counsel to:
MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for defendants City of New York,
Brandon Lipes, Paul Venter, Jeffrey Zjawin
and Deevan Dyal
100 Church Street, Room 3-159
New York, New York 10007
sstavrid@law.nyc.gov
(212) 788-8698

SO ORDERED:

_____
U.S.D.J.